RE AUTHORIZATION OF CASE TYPES IP AND REF



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:RE AUTHORIZATION OF CASE TYPES IP AND REF

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE AUTHORIZATION OF CASE TYPES IP AND REF
2020 OK 102
Decided: 12/07/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 102, __ P.3d __

 

RE: Authorization of Case Types IP and REF

ORDER

¶1 In order to create more precise case types/prefixes for cases involving Initiative Petitions and Referendum Petitions, the following electronic case types/prefixes are hereby authorized for use on the Oklahoma Supreme Court Network and the Oklahoma Case Information System:

 
 
 
 Case Type/Prefix
 
 
 Description
 
 
 
 
 IP
 
 
 Initiative Petition
 
 
 
 
 REF
 
 
 Referendum Petition
 
 
 

¶2 Currently, cases involving Initiative Petitions and Referendum Petitions are generally given an "O" prefix for the "Other" category docket. This authorization will allow future cases involving Initiative Petitions and Referendums to be given an "IP" or "REF" prefix respectively, which will specifically designate the cases as involving an Initiative Petition or Referendum Petition.

¶3 The above case types/prefixes shall be integrated as soon as practicable for use by the Court Clerk of the Appellate Courts. The case numbers will be assigned by the Clerk of the Appellate Courts in sequence with other appellate cases.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 7th day of December, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.






 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA